83,479-01,02



# 104th DISTRICT COURT
## LEE HAMILTON, JUDGE
300 Oak Street Suite 402, Taylor County Courthouse
Abilene, Texas 79602
325-674-1313

**TERRY L. TERRY**
Court Administrator

**JULIE CAMPBELL**
Court Reporter

**DANNY WADE**
Bailiff

October 16, 2015

Clerk, Court of Criminal Appeals of Texas
P. O. Box 12308
Austin, Texas 78711

       Re: No. WR-83,479-01 & 02
          Ex Parte Ricky Joseph Martinez, Applicant

Dear Clerk:

I have been ordered to make findings and conclusions in the referenced case. Currently, I am ordered to resolve all fact issues by October 29, 2015.

Due to my busy docket and schedule, I will not be able to resolve the issues by October 29, 2015.

Accordingly, I am requesting a 60-day extension on the deadline to resolve factual issues.

Please advise the Court of this request and advise me of the Court's ruling.

By copy hereof, I am advising counsel of record of this request.

Thank you very much.

       Sincerely,

       Lee Hamilton

Cc: Niles Illich, Ph.D., J.D., Applicant's Attorney
   701 Commerce Street, Suite 400
   Dallas, Texas 75202-4518

   James Eidson, State's Attorney
   300 Oak Street, Suite 300
   Abilene, Texas 79602

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
Abel Acosta, Clerk